[No. 6548–1–III.  Division Three.  March 18, 1986.]

STEPHEN HARLESS, ET AL, *Appellants,* v. QUINCY–
COLUMBIA BASIN IRRIGATION DISTRICT,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant

County, No. 82-2-00140-2, Fred Van Sickle, J., entered May 29, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.